

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00018-CR

THE STATE OF TEXAS, Appellant

V.

LATARIK JACKSON, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 21-0421X

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The State of Texas, as appellant, has moved to dismiss this appeal. As authorized by Rule 42.2(a) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:     April 2, 2024
Date Decided:       April 3, 2024

Do Not Publish